Jerry L. McIntyre, Providence, for respondent.

Samuel A. Olevson, Providence, for defendant.

### ORDER

The respondent's motion to dismiss this appeal is denied.

DORIS, J., did not participate.

### ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Wednesday, March 5, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

## TOWN OF SOUTH KINGSTOWN

v.

### Michael SIRENSKI et al.

### No. 79–420–M.P.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Robert B. Gates, Providence, for petitioner.

Michael F. Horan, Pawtucket, for respondents.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

## HOMECRAFT BUILDERS, INC.

v.

### Oscar SAMOS.

### No. 79–341–A.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Samuel J. Kolodney, Providence, for plaintiff.

Sanford M. Kirshenbaum, Providence, for defendant.

### ORDER

The plaintiff's motion to supplement the record with the complete transcript is granted.

DORIS, J., did not participate.

### Hugo F. BACCARI et al.

v.

### Donald M. SCHWARTZ.

### No. 79–417–A.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Kirshenbaum Law Offices, Inc., Sanford M. Kirshenbaum, Providence, for plaintiffs.

### Petition of RHODE ISLAND DEFENSE ATTORNEYS ASSOCIATION.

### No. 79–330–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Aram K. Berberian, Cranston, for petitioner.